**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-41533**
**Summary Calendar**
_____

**EDWARD C. CHARLES,**

**Plaintiff-Appellant,**

**versus**

**PAMELA KIRKPATRICK, Chain Officer, Michael Unit;**
**UNIDENTIFIED MCCLURE, Property Officer, Michael Unit,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court,**
**for the Eastern District of Texas**
**(6:97-CV-245)**
_____

September 21, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Edward Cornelius Charles, Texas prisoner #627324, appeals the dismissal, pursuant to 28 U.S.C. § 1915, of his 42 U.S.C. § 1983 complaint. He claims that the defendants retaliated against him for filing grievances by withholding his property, which included his medication and legal papers, following his transfer to another unit; and that their actions denied him access to the courts,

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

violated his equal protection rights, and constituted deliberate indifference to serious medical needs.

Pursuant to our review of the record, we **AFFIRM** for essentially the reasons adopted by the district court. ***Charles v. Kirkpatrick***, No. 6:97-CV-245 (E.D. Tex. Dec. 5, 1997).

***AFFIRMED***